**Exhibit 1**

**Copyright Registration**

**Registration Number**

# VA 2-333-530

**Effective Date of Registration:**
December 07, 2022
**Registration Decision Date:**
January 18, 2023

## Title

| | |
|---|---|
| **Title of Work:** | 3. Catana |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | February 15, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Vincent Trinidad |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | Philippines |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Vincent Trinidad |
| | B6 L22 Trevi Subd.Concepcion 1,, Marikina City, 1807, Philippines |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Vincent Trinidad |
| **Address:** | B6 L22 Trevi Subd.Concepcion 1, |
| | Marikina City 1807 Philippines |

## Certification

| | |
|---|---|
| **Name:** | Jessica Delos Santos |
| **Date:** | December 07, 2022 |

**Registration Number**

# VA 2-334-487

**Effective Date of Registration:**
December 13, 2022
**Registration Decision Date:**
January 30, 2023

## Title

**Title of Work:** 68. Catana in Edo

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** May 10, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Vincent Trinidad
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Philippines

## Copyright Claimant

**Copyright Claimant:** Vincent Trinidad
B6 L22 Trevi Subd.Concepcion 1,, Marikina City, 1807, Philippines

## Rights and Permissions

**Name:** Vincent Trinidad
**Address:** B6 L22 Trevi Subd.Concepcion 1,
Marikina City 1807 Philippines

## Certification

**Name:** Shreya Tiwari
**Date:** December 13, 2022

**Registration Number**

# VA 2-335-648

**Effective Date of Registration:**
December 07, 2022
**Registration Decision Date:**
February 10, 2023

## Title _____

| | |
|---|---|
| **Title of Work:** | 105. Catana Ramen |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | September 18, 2021 |
| **Nation of 1st Publication:** | United States |

## Author _____

| | |
|---|---|
| • **Author:** | Vincent Trinidad |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | Philippines |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Vincent Trinidad |
| | B6 L22 Trevi Subd.Concepcion 1,, Marikina City, 1807, Philippines |

## Rights and Permissions _____

| | |
|---|---|
| **Name:** | Vincent Trinidad |
| **Address:** | B6 L22 Trevi Subd.Concepcion 1, Marikina City 1807 Philippines |

## Certification _____

| | |
|---|---|
| **Name:** | Shreya Tiwari |
| **Date**: | December 07, 2022 |

Page 1 of 2

**Registration Number**

# VA 2-334-491

**Effective Date of Registration:**
December 12, 2022
**Registration Decision Date:**
January 30, 2023

## Title _____

|  |  |
|---|---|
| **Title of Work:** | 55. Catana Shark |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | October 15, 2021 |
| **Nation of 1st Publication:** | United States |

## Author _____

|  |  |
|---|---|
| • **Author:** | Vincent Trinidad |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | Philippines |

## Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | Vincent Trinidad |
|  | B6 L22 Trevi Subd.Concepcion 1,, Marikina City, 1807, Philippines |

## Rights and Permissions _____

|  |  |
|---|---|
| **Name:** | Vincent Trinidad |
| **Address:** | B6 L22 Trevi Subd.Concepcion 1, |
|  | Marikina City 1807 Philippines |

## Certification _____

|  |  |
|---|---|
| **Name:** | Jessica Delos Santos |
| **Date:** | December 12, 2022 |

**Registration Number**

# VA 2-335-649

**Effective Date of Registration:**
December 07, 2022
**Registration Decision Date:**
February 10, 2023

## Title _____

**Title of Work:** 106. Catana Wave

## Completion/Publication _____

**Year of Completion:** 2021
**Date of 1st Publication:** January 10, 2021
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Vincent Trinidad
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Philippines

## Copyright Claimant _____

**Copyright Claimant:** Vincent Trinidad
B6 L22 Trevi Subd.Concepcion 1,, Marikina City, 1807, Philippines

## Rights and Permissions _____

**Name:** Vincent Trinidad
**Address:** B6 L22 Trevi Subd.Concepcion 1,
Marikina City 1807 Philippines

## Certification _____

**Name:** Shreya Tiwari
**Date:** December 07, 2022

Registration Number

# VA 2-334-350

**Effective Date of Registration:**
December 13, 2022
**Registration Decision Date:**
January 27, 2023

## Title _____

**Title of Work:** 71. Catana: The Last Stand

## Completion/Publication _____

**Year of Completion:** 2021
**Date of 1st Publication:** September 10, 2021
**Nation of 1ˢᵗ Publication:** United States

## Author _____

- **Author:** Vincent Trinidad
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Philippines

## Copyright Claimant _____

**Copyright Claimant:** Vincent Trinidad
B6 L22 Trevi Subd.Concepcion 1,, Marikina City, 1807, Philippines

## Rights and Permissions _____

**Name:** Vincent Trinidad
**Address:** B6 L22 Trevi Subd.Concepcion 1,
Marikina City 1807 Philippines

## Certification _____

**Name:** Shreya Tiwari
**Date**: December 13, 2022

**Registration Number**

# VA 2-334-040

**Effective Date of Registration:**
December 09, 2022
**Registration Decision Date:**
January 24, 2023

## Title _____

|  |  |
|---|---|
| **Title of Work:** | 17. Catzilla |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | June 15, 2016 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author _____

|  |  |
|---|---|
| • **Author:** | Vincent Trinidad |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | Philippines |

## Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | Vincent Trinidad |
|  | B6 L22 Trevi Subd.Concepcion 1,, Marikina City, 1807, Philippines |

## Rights and Permissions _____

|  |  |
|---|---|
| **Name:** | Vincent Trinidad |
| **Address:** | B6 L22 Trevi Subd.Concepcion 1, |
|  | Marikina City 1807 Philippines |

## Certification _____

|  |  |
|---|---|
| **Name:** | Jessica Delos Santos |
| **Date:** | December 09, 2022 |

**Copyright Office notes:**     Basis for Registration: Registration based on the artwork in the logo. Copyright
does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

**Registration Number**

# VA 2-335-756

**Effective Date of Registration:**
December 12, 2022
**Registration Decision Date:**
February 13, 2023

## Title _____

**Title of Work:** 47. Kyoto Wave

## Completion/Publication _____

**Year of Completion:** 2020
**Date of 1st Publication:** March 15, 2020
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Vincent Trinidad
**Author Created:** 2-D artwork
**Work made for hire:** No
**Citizen of:** Philippines

## Copyright Claimant _____

**Copyright Claimant:** Vincent Trinidad
B6 L22 Trevi Subd.Concepcion 1,, Marikina City, 1807, Philippines

## Rights and Permissions _____

**Name:** Vincent Trinidad
**Address:** B6 L22 Trevi Subd.Concepcion 1,
Marikina City 1807 Philippines

## Certification _____

**Name:** Jessica Delos Santos
**Date:** December 12, 2022

**Registration Number**

# VA 2-335-856

**Effective Date of Registration:**
December 09, 2022
**Registration Decision Date:**
February 14, 2023

## Title

| | |
|---|---|
| **Title of Work:** | 6. Live Fast Eat Trash |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | April 15, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Vincent Trinidad |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | Philippines |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Vincent Trinidad |
| | B6 L22 Trevi Subd.Concepcion 1,, Marikina City, 1807, Philippines |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Vincent Trinidad |
| **Address:** | B6 L22 Trevi Subd.Concepcion 1, |
| | Marikina City 1807 Philippines |

## Certification

| | |
|---|---|
| **Name:** | Jessica Delos Santos |
| **Date**: | December 09, 2022 |

**Copyright Office notes:** Basis for Registration: Registration based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

**Registration Number**

# VA 2-335-638

**Effective Date of Registration:**
December 09, 2022
**Registration Decision Date:**
February 10, 2023

## Title _____

| | |
|---|---|
| **Title of Work:** | 90.Neko Ronin |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | May 10, 2021 |
| **Nation of 1st Publication:** | United States |

## Author _____

| | |
|---|---|
| • **Author:** | Vincent Trinidad |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | Philippines |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Vincent Trinidad |
| | B6 L22 Trevi Subd.Concepcion 1,, Marikina City, 1807, Philippines |

## Rights and Permissions _____

| | |
|---|---|
| **Name:** | Vincent Trinidad |
| **Address:** | B6 L22 Trevi Subd.Concepcion 1, |
| | Marikina City 1807 Philippines |

## Certification _____

| | |
|---|---|
| **Name:** | Shreya Tiwari |
| **Date**: | December 09, 2022 |

Registration Number

**VA 2-335-645**

**Effective Date of Registration:**
December 09, 2022
**Registration Decision Date:**
February 10, 2023

## Title

**Title of Work:** 4. Neko Sushi Bar

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** March 15, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Vincent Trinidad
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Philippines

## Copyright Claimant

**Copyright Claimant:** Vincent Trinidad
B6 L22 Trevi Subd.Concepcion 1,, Marikina City, 1807, Philippines

## Rights and Permissions

**Name:** Vincent Trinidad
**Address:** B6 L22 Trevi Subd.Concepcion 1,
Marikina City 1807 Philippines

## Certification

**Name:** Jessica Delos Santos
**Date:** December 09, 2022

**Registration Number**

**VA 2-335-640**

**Effective Date of Registration:**
December 09, 2022
**Registration Decision Date:**
February 10, 2023

## Title _____

      **Title of Work:**   91. Nekoffee

## Completion/Publication _____

      **Year of Completion:**   2021
      **Date of 1st Publication:**   May 10, 2021
      **Nation of 1st Publication:**   United States

## Author _____

     •  **Author:**   Vincent Trinidad
      **Author Created:**   2-D artwork
      **Work made for hire:**   No
      **Citizen of:**   Philippines

## Copyright Claimant _____

      **Copyright Claimant:**   Vincent Trinidad
        B6 L22 Trevi Subd.Concepcion 1,, Marikina City, 1807, Philippines

## Rights and Permissions _____

      **Name:**   Vincent Trinidad
      **Address:**   B6 L22 Trevi Subd.Concepcion 1,
        Marikina City 1807 Philippines

## Certification _____

      **Name:**   Shreya Tiwari
      **Date**:   December 09, 2022

**Registration Number**

# VA 2-334-247

**Effective Date of Registration:**
December 09, 2022
**Registration Decision Date:**
January 26, 2023

## Title _____

Title of Work: 22. Rad Tiger Wave

## Completion/Publication _____

Year of Completion: 2019
Date of 1st Publication: April 15, 2019
Nation of 1st Publication: United States

## Author _____

- **Author:** Vincent Trinidad
Author Created: 2-D artwork
Work made for hire: No
Citizen of: Philippines

## Copyright Claimant _____

Copyright Claimant: Vincent Trinidad
B6 L22 Trevi Subd.Concepcion 1,, Marikina City, 1807, Philippines

## Rights and Permissions _____

Name: Vincent Trinidad
Address: B6 L22 Trevi Subd.Concepcion 1,
Marikina City 1807 Philippines

## Certification _____

Name: Jessica Delos Santos
Date: December 09, 2022

**Registration Number**

# VA 2-335-768

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 13, 2023

## Title

**Title of Work:**   63. Shiba Inu

## Completion/Publication

**Year of Completion:**   2019
**Date of 1st Publication:**   December 03, 2019
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Vincent Trinidad
   **Author Created:**   2-D artwork
   **Work made for hire:**   No
   **Citizen of:**   Philippines

## Copyright Claimant

**Copyright Claimant:**   Vincent Trinidad
B6 L22 Trevi Subd.Concepcion 1,, Marikina City, 1807, Philippines

## Rights and Permissions

**Name:**   Vincent Trinidad
**Address:**   B6 L22 Trevi Subd.Concepcion 1,
Marikina City 1807 Philippines

## Certification

**Name:**   Shreya Tiwari
**Date:**   December 14, 2022

Registration Number

**VA 2-335-635**

**Effective Date of Registration:**
December 09, 2022
**Registration Decision Date:**
February 10, 2023

## Title

**Title of Work:**  9. Shinobi Cat

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** December 15, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Vincent Trinidad
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Philippines

## Copyright Claimant

**Copyright Claimant:** Vincent Trinidad
B6 L22 Trevi Subd.Concepcion 1,, Marikina City, 1807, Philippines

## Rights and Permissions

**Name:** Vincent Trinidad
**Address:** B6 L22 Trevi Subd.Concepcion 1,
Marikina City 1807 Philippines

## Certification

**Name:** Jessica Delos Santos
**Date:** December 09, 2022

**Registration Number**

# VA 2-334-489

**Effective Date of Registration:**
December 13, 2022
**Registration Decision Date:**
January 30, 2023

## Title _____

Title of Work: 66. Sushi Meowster

## Completion/Publication _____

Year of Completion: 2021
Date of 1st Publication: March 18, 2021
Nation of 1st Publication: United States

## Author _____

- **Author:** Vincent Trinidad
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Philippines

## Copyright Claimant _____

Copyright Claimant: Vincent Trinidad
B6 L22 Trevi Subd.Concepcion 1,, Marikina City, 1807, Philippines

## Rights and Permissions _____

Name: Vincent Trinidad
Address: B6 L22 Trevi Subd.Concepcion 1,
Marikina City 1807 Philippines

## Certification _____

Name: Shreya Tiwari
Date: December 13, 2022

**Registration Number**

# VA 2-334-537

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 30, 2023

## Title _____

|  |  |
|---|---|
| **Title of Work:** | 64. The Great Kanagawa Tee |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | January 03, 2019 |
| **Nation of 1st Publication:** | United States |

## Author _____

| | |
|---|---|
| • **Author:** | Vincent Trinidad |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | Philippines |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Vincent Trinidad |
| | B6 L22 Trevi Subd.Concepcion 1,, Marikina City, 1807, Philippines |

## Rights and Permissions _____

| | |
|---|---|
| **Name:** | Vincent Trinidad |
| **Address:** | B6 L22 Trevi Subd.Concepcion 1, |
| | Marikina City 1807 Philippines |

## Certification _____

| | |
|---|---|
| **Name:** | Shreya Tiwari |
| **Date**: | December 14, 2022 |

**Registration Number**

**VA 2-333-348**

**Effective Date of Registration:**
December 07, 2022
**Registration Decision Date:**
January 17, 2023

## Title

| | |
|---|---|
| **Title of Work:** | 2. The Great Retro Wave |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | March 15, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Vincent Trinidad |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | Philippines |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Vincent Trinidad |
| | B6 L22 Trevi Subd.Concepcion 1,, Marikina City, 1807, Philippines |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Vincent Trinidad |
| **Address:** | B6 L22 Trevi Subd.Concepcion 1, |
| | Marikina City 1807 Philippines |

## Certification

| | |
|---|---|
| **Name:** | Jessica Delos Santos |
| **Date**: | December 07, 2022 |

Page 1 of 2

**Registration Number**

# VA 2-335-637

**Effective Date of Registration:**
December 09, 2022
**Registration Decision Date:**
February 10, 2023

## Title

**Title of Work:** 8. The Great Sushi Wave

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** December 15, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Vincent Trinidad
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Philippines

## Copyright Claimant

**Copyright Claimant:** Vincent Trinidad
B6 L22 Trevi Subd.Concepcion 1,, Marikina City, 1807, Philippines

## Rights and Permissions

**Name:** Vincent Trinidad
**Address:** B6 L22 Trevi Subd.Concepcion 1,
Marikina City 1807 Philippines

## Certification

**Name:** Jessica Delos Santos
**Date:** December 09, 2022

**Registration Number**

# VA 2-335-647

**Effective Date of Registration:**
December 09, 2022
**Registration Decision Date:**
February 10, 2023

## Title

| | |
|---|---|
| **Title of Work:** | 10. Yokai Ramen |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | September 15, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Vincent Trinidad |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | Philippines |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Vincent Trinidad |
| | B6 L22 Trevi Subd.Concepcion 1,, Marikina City, 1807, Philippines |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Vincent Trinidad |
| **Address:** | B6 L22 Trevi Subd.Concepcion 1, |
| | Marikina City 1807 Philippines |

## Certification

| | |
|---|---|
| **Name:** | Jessica Delos Santos |
| **Date:** | December 09, 2022 |

Page 1 of 2

**Registration Number**

# VA 2-335-391

**Effective Date of Registration:**
December 13, 2022
**Registration Decision Date:**
February 08, 2023

## Title _____

**Title of Work:** 59. Zen Chillwave

## Completion/Publication _____

**Year of Completion:** 2020
**Date of 1st Publication:** April 15, 2020
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Vincent Trinidad
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Philippines

## Copyright Claimant _____

**Copyright Claimant:** Vincent Trinidad
B6 L22 Trevi Subd.Concepcion 1,, Marikina City, 1807, Philippines

## Rights and Permissions _____

**Name:** Vincent Trinidad
**Address:** B6 L22 Trevi Subd.Concepcion 1,
Marikina City 1807 Philippines

## Certification _____

**Name:** Jessica Delos Santos
**Date:** December 13, 2022